```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANNAMARIE HOLZKNECHT,

                        Plaintiff,

  v.

PARKCHESTER PRESERVATION
MANAGEMENT, LLC, AND PARKCHESTER
DEPARTMENT OF PUBLIC SAFETY D/B/A
PARKCHESTER DPS LLC,

                        Defendants.

Case No: 1:20-cv-04123 (MKV)

ANNAMARIE HOLZKNECHT,

                        Plaintiff,

  v.

PARKCHESTER PRESERVATION
MANAGEMENT, LLC, AND PARKCHESTER
DEPARTMENT OF PUBLIC SAFETY D/B/A
PARKCHESTER DPS LLC,

                        Defendants.

Case No. 1:20-cv-04677 (MKV)

## ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Case Number 20-cv-4123 (the "earlier filed case") was filed on May 29, 2020 and assigned to me. *See* ECF #1. Less than one month later, Case Number 20-cv-4677 was filed in this district and originally assigned to Judge Liman (the "newly filed case"). It has been transferred to me as related to the captioned earlier filed case. On review, it appears that the newly filed case is identical to earlier filed case. It raises the same claims and, indeed, the complaints appear identical on their face. The Court also is aware of other instances where

Plaintiff's counsel has taken similar actions in this district, filing duplicative actions on behalf of the identical plaintiff raising the same claims.

IT IS HEREBY ORDERED that counsel for the Plaintiff must file on ECF by Friday, June 26, 2020 a letter explaining why an action identical to an already-pending case was filed and why he should not be sanctioned for having done so. After receipt of counsel's letter, the Court may schedule a conference to discuss this matter

DATED: June 23, 2020
        New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge